## Copying Charges

| Firm/Date | Charge | No./copies | Per Copy Charge | Color Copies | Per Copy Charge | CA Sales Tax | OH Sales Tax | Database Tasks | Binding | Computer Time | Cd Creation | VHS/CD Conversion | Bates Labels |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MJ 2/24/05 | $213.36 | 2667 | 0.08 | | | $18.28 | | | | | | | |
| MJ 3/1/2005 | $281.41 | 2447 | 0.12 | | | $23.92 | | | | | | | |
| MJ 4/5/05 | $341.84 | 4273 | 0.08 | | | $32.54 | | | | | $25.00 | $16.00 | |
| CW 4/5/05 | $1,011.67 | 9197 | | | | | | | $55.00 | | | | |
| MJ 4/14/05 | $429.44 | 5368 | 0.08 | | | $36.50 | | | | | | | |
| MJ 5/11/05 | $76.56 | 957 | 0.08 | | | $15.01 | | | | $100.00 | | | |
| MJ 5/27/05 | $196.08 | 2451 | 0.08 | | | $16.67 | | | | | | | |
| MJ 6/1/2005 | $34.10 | 220 | 0.12 | | | $2.90 | | | | | | | |
| MJ 7/20/05 | $266.80 | | | 232 | 1.15 | $24.29 | | | $2.95 | | | $16.00 | |
| MJ 7/21/05 | | | | | | $21.46 | | | | | | $252.50 | |
| MJ 8/8/05 | $80.10 | 220 | 0.12 | 40 | 1.15 | $15.48 | | | | | | $102.00 | |
| MJ 8/25/05 | $8.64 | 64 | 0.14 | | | | | | $40.10 | | | | |
| MJ 8/26/05 | $176.93 | | | | | $18.45 | | | | | | | $2,359.00 |
| MJ 9/2/05 | $221.19 | 3233 | 0.08 | | | $34.31 | | $150.00 | | | | $16.00 | |
| MJ 9/7/05 | $215.85 | 2698 | 0.08 | | | $18.35 | | | | | | | |
| MJ 9/8/05 | $441.44 | 2848 | 0.16 | | | $38.21 | | | | | | | |
| Tabs for prior job | $8.12 | 29 | 0.28 | | | | | | | | | | |
| MJ 9/9/05 scanning | $75.52 | 472 | 0.16 | | | $7.78 | | | | | | $16.00 | |
| MJ 9/12/05 scanning | $38.56 | 241 | 0.16 | | | $5.05 | | $4.82 | | | | $16.00 | |
| MJ 9/12/05 scanning | $3.20 | 40 | 0.08 | | | $2.18 | | $6.40 | | | | $16.00 | |
| MJ 9/14/05 scanning | $79.74 | 443 | 0.16 | | | $0.57 | | $8.86 | | | | $16.00 | |
| MJ 9/21/05 scanning | $42.24 | 264 | 0.16 | | | | | $5.28 | | | | $16.00 | |
| Same invoice as above | $97.92 | 612 | 0.16 | | | $16.12 | | $12.24 | | | | $16.00 | |
| MJ 9/21/05 scanning | $70.08 | 876 | 0.08 | | | $8.07 | | | | | | | |
| Slip Sheets for above | $24.90 | 498 | 0.05 | | | | | | | | | | |
| MJ 10/13/05 scanning | $57.60 | 360 | 0.16 | | | $8.38 | | | | | $25.00 | $16.00 | |
| MJ 10/17/05 scanning | $375.04 | 2344 | 0.16 | | | $37.22 | | | | | | $16.00 | $46.88 |
| MJ 11/4/05 | $177.30 | 985 | 0.02 | | | $17.29 | | $10.16 | | | | $16.00 | |
| MJ 11/5/05 | $244.70 | 1483 | 0.17 | | | | | | | | | | |
| MJ 11/5/05 | $266.94 | 1483 | 0.18 | | | $47.37 | | $29.66 | | | | $16.00 | |
| MJ 11/21/05 | $29.40 | 196 | 0.15 | | | $2.50 | | | | | | | |
| MJ 11/21/05 | $249.75 | 1665 | 0.15 | | | $21.23 | | | | | | | |
| MJ 11/29/05 | $892.80 | 11160 | 0.08 | | | $78.09 | | | | | | | |
| Slip Sheets for above | $25.95 | 1730 | | | | | | | | | | | |
| CW 12/22/05 | $238.20 | 1985 | 0.12 | | | | $16.08 | | | | | | |
| MJ 12/28/05 Scanning | $305.44 | 1909 | 0.16 | | | $42.24 | | | | | | | |
| MJ 12/28/05 Scanning | $152.72 | 1909 | 0.08 | | | | | | | | | | |
| CW 1/5/06 | $261.40 | 2614 | 0.10 | | | | $18.41 | $11.35 | | | | | |
| ML 1/10/06 | $983.68 | 12296 | 0.08 | | | $99.07 | | | | | | $16.00 | |
| Slip Sheets for above | $12.20 | 813 | 0.02 | | | | | | | | | | |
| PDF to TIFF | $153.70 | 6148 | 0.03 | | | | | | | | | | |
| CW 1/18/06 | $975.32 | 5272 | 0.19 | | | | | | | | | | |
| MJ 1/24/06 | $80.64 | 504 | 0.16 | | | $14.59 | | | | | $75.00 | $16.00 | |
| CW 2/2/06 | $21.30 | 355 | 0.06 | | | | | | | | | | |
| CW 2/2/06 | $491.52 | 6144 | 0.08 | | | | $40.02 | | | $80.00 | | | |
| ML 2/15/06 | $430.38 | 2391 | 0.18 | | | | | | | | | | |
| Tabs for prior job | $35.25 | 141 | 0.25 | | | | | | | | | | |
| CW 2/20/06 PDF to TIFF | $259.40 | 2594 | | | | | | | | | | | |
| OCR conversion for above | $1,933.95 | 38679 | | | | | | | | | | | |
| MJ 3/15/06 Experts | $1,028.32 | 12854 | 0.08 | | | $187.10 | | | | | | $16.00 | $1,156.86 |
| MJ 3/17/06 Experts | $677.60 | 8470 | 0.08 | | | $123.67 | | | | | | $15.00 | $762.30 |
| MJ 3/23/06 Experts | $1,148.96 | 14362 | 0.08 | | | $208.89 | | | | | | $16.00 | $1,292.58 |
| MJ 3/27/06 Experts | $739.20 | 9240 | 0.08 | | | $134.88 | | | | | | $16.00 | $831.60 |
| MJ 3/31/06 Experts | $15.84 | 198 | 0.08 | | | $4.22 | | | | | | $16.00 | $17.82 |
| MJ 4/28/06 Experts | $16.00 | 200 | 0.08 | | | $4.25 | | | | | | $16.00 | $18.00 |
| MJ 5/14/06 | $11.68 | 146 | 0.08 | | | $3.50 | | | | | | $16.00 | $13.14 |
| CW 8/12/06 | $1,495.20 | 9968 | 0.15 | | | $104.55 | | | | | | | |
| above invoice color copies | $53.72 | | | 68 | 0.79 | | | | | | | | |
| CW 8/15/06 | $221.80 | 2218 | 0.10 | | | | | | | | $60.00 | | |
| above invoice color copies | $4.25 | | | 17 | 0.25 | | | | | | | | |
| CW 8/16/06 | $202.56 | 1688 | 0.12 | | | $13.67 | | | | | | | |
| CW 8/16/06 | $370.80 | 3090 | 0.12 | | | $25.03 | | | | | | | |
| CW 8/16/06 | $224.88 | 1874 | 0.12 | | | $15.18 | | | | | | | |
| Totals | $19,301.08 | 209586 | | 357 | 3.34 | $1,549.06 | $74.51 | $227.42 | $109.40 | $305.00 | $411.00 | $354.50 | $6,498.18 |

## Depositions

| Owens Illinois | Date | Amount | Adm. Fee | Shipping | Appearance Fee | E transcript | Minuscript | Exhibits | ASCII Disk | Rough ASCII Disk | Read/Sign | Video Dep Pg. Surcharge | Archive Fee | Signature Copy | 5 day turn around | Synching |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N. Krone/Video | 6/7/2005 | $720.00 | $20.00 | $6.70 | | | | | | | | | | | | |
| N. Krone/Trans. | 6/7/2005 | $1,663.85 | $40.00 | | $165.00 | $20.00 | $12.50 | $24.15 | | | | | | | | |
| N. Krone/Video CD Synch | 6/7/2005 | $475.00 | | | | | | | | | | | | | | |
| Matthew Krone/Video CD Sync | 6/8/2005 | $285.00 | | $10.00 | | | | | | | | | | | | |
| Matthew Krone/Video | 6/8/2005 | $400.00 | $20.00 | | | | | | | | | | | | | |
| Matthew Krone/Trans. | 6/8/2005 | $839.95 | $40.00 | $70.80 | $82.50 | $20.00 | $12.50 | | | | | | | | | |
| N.Krone/Video | 9/14/2005 | $1,385.75 | | | | | | | | | | | | | | |
| N. Krone/Trans. | 9/14/2005 | $1,482.00 | | $27.96 | | $45.00 | | $30.00 | $35.00 | $546.00 | $78.00 | | $156.00 | $25.00 | | |
| N. Krone/Video | 9/15/2005 | $1,385.75 | | | | | | | | | | | | | | |
| N. Krone/Trans. | 9/15/2005 | $1,524.75 | | $31.27 | | $45.00 | | $80.25 | $35.00 | $561.75 | $80.25 | | $160.50 | $25.00 | | |
| Mary Krone/Video | 9/16/2005 | $1,433.25 | | | | | | | | | | | | | | |
| Mary Krone/Trans. | 9/16/2005 | $1,054.50 | | $24.91 | | $45.00 | | $33.75 | $35.00 | $388.50 | $55.50 | | $111.00 | $25.00 | | |
| N. Krone/Video | 1/9/2006 | $1,345.00 | | $15.75 | | | | | | | | | | | | |
| N. Krone/Video | 1/9/2006 | $1,211.25 | | $47.00 | | | | | $30.00 | | $71.25 | | | $25.00 | | $726.75 |
| N. Krone/Trans. | 1/10/2006 | $1,258.00 | | $50.20 | | | | | $30.00 | | | | $148.00 | $25.00 | | |
| N. Krone/Video | 1/10/2006 | $1,291.25 | | | | | | | | | | | | | | |
| N.Krone/Trans. | 1/11/2006 | $1,253.75 | | $6.45 | | | | | | | | | | $25.00 | | $752.25 |
| N. Krone/Video | 1/11/2006 | $1,348.75 | | | | | | | | | | | | | | |
| D. Ellis/Trans. | 1/12/2006 | $1,372.75 | | $50.25 | | | | | | $565.25 | $96.90 | | | $25.00 | | $823.65 |
| D. Ellis/Trans. (Expedited) | 2/2/2006 | $985.77 | | | $343.75 | | | | | | | | | | | |
| V. Prozesky/Trans. | 1/24/2006 | $2,030.00 | | $60.25 | $200.00 | | | | | | | | | | | |
| V. Prozesky/Trans. | 1/25/2006 | $813.75 | | | $200.00 | | | | | | | | | | | |
| L. Ellis/Trans | 1/25/2006 | $1,155.00 | | | | | | | | | | | | | | |
| L. Ellis/Trans | 1/26/2006 | $2,616.26 | | | $200.00 | | | | | | | | | | | |
| B. Mosely/Trans Expedited | 1/27/2006 | $1,400.00 | | | $200.00 | | | | | | | | | | | |
| R. Powell/Trans | 2/21/2006 | $1,213.80 | | $55.84 | $330.00 | | | $13.75 | | | | | | | | |
| R. Powell/Trans. | 2/22/2006 | $1,164.00 | | | $385.00 | | | $6.75 | | | | | | | | |
| R. Powell/Trans. | 2/23/2006 | $1,221.80 | | $76.80 | $343.75 | | | $15.25 | | | | | | | | |
| Bujac/Trans | 2/28/2006 | $1,337.57 | | $63.83 | $343.75 | | | $32.75 | | | | | | | | |
| Bujac/Trans. | 3/1/2006 | $324.21 | | $49.09 | $96.25 | | | | | | | | | | | |
| South Africa Depositions | 7/31/2006 | $1,382.64 | | | | | | | | | | | | | | |
| Robert Clark/Video | 5/31/2005 | $45.00 | | $3.26 | | | | | | | | | | | | |
| Robert Clark/Video CD Synch | 5/31/2005 | | | $10.00 | | | | | | | | | | | | $140.00 |
| Robert Clark/Trans. | 5/31/2005 | $402.80 | | | | $20.00 | | | | | | | | | | |
| Robert Clark/Trans./MJ Copy | 5/31/2005 | $402.80 | | $7.00 | | $20.00 | | $10.65 | | | | | | | | $145.00 |
| Robert Clark/Trans. | 8/31/2005 | $423.50 | | | | $40.00 | | $19.20 | | | | | | $15.00 | | |
| William Poad/Video | 12/7/2005 | $150.00 | | $25.00 | | | | | | | | | | | | |
| William Poad/Trans. | 12/7/2005 | $373.75 | | $20.00 | | | | $17.25 | | | | | | | | |
| Sziraki/Trans. | 12/6/2005 | $429.00 | | $20.00 | | | | $11.75 | | | | | | | | |
| Sziraki/Video | 12/6/2005 | $150.00 | | | | | | | | | | | | | | |
| Halford/Trans. Expdt. | 3/14/2006 | $773.85 | | $36.00 | | | | $9.00 | | | | | | | | |
| Totals | | $40,526.05 | $123.26 | $765.10 | $2,890.00 | $255.00 | $25.00 | $304.50 | $165.00 | $2,061.50 | $381.90 | | $575.50 | $150.00 | $40.00 | $2,302.65 $285.00 |

| | | |
|---|---|---|
| | Subtotal | $9,436.05 |