**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TWEE JONGE GEZELLEN** | ) | **CASE NO. 3:04CV7349** |
| **(PTY) LTD.,** | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **OWENS-ILLINOIS, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CHRISTOPHER A. BOYKO, J.**:

This matter comes before the Court upon Defendants' Motion for Order to Activate Bill of Costs. (ECF DKT #210). On October 18, 2007, this Motion was referred to the Magistrate Judge. On December 18, 2007, the Magistrate Judge issued a Report and Recommendation (ECF DKT #231), recommending certain expenses and charges be taxed as costs.

Fed. R. Civ. P. 72(b) provides that objections to a report and recommendation must be filed within ten days after service. Neither party has filed objections. Therefore, the Court must assume the parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F. 2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of*

*Health and Human Services*, 932 F. 2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F. 2d 947 (6th Cir. 1981).

Therefore, the Magistrate Judge's Report and Recommendation is ADOPTED and the following expenses and charges are taxed as costs:

- fees of the Clerk, $570.00;

- costs of interpreters, $2,736.85;

- $7,737.15 for copies;

- $1,262.20 for electronic scanning; and

- costs for all the depositions claimed by Defendant Owens to have been necessary, but limited to those elements specifically approved in the Report and Recommendation, the sum total to be calculated by Defendant Owens and re-submitted on a revised bill of costs, together with all approved charges, within ten days of this final decision.

**IT IS SO ORDERED.**

**DATE:  __March 31, 2008_____**

> **S/Christopher A.  Boyko**
> **CHRISTOPHER A. BOYKO**
> **United States District Judge**